United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SABASTIAN WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04628 |
| | § | |
| OAKBEND MEDICAL GROUP, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered in this case, the defendant's, OakBend Medical Group, motion for summary judgment is GRANTED. The plaintiff takes nothing from his lawsuit.

This is a **FINAL JUDGMENT**.

SIGNED on August 20, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge