AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Sabastian Wilson
v.
OakBend Medical Group

Case No.: 4:23-cv-04628

## BILL OF COSTS

Judgment having been entered in the above entitled action on 08/20/2025 (*Date*) against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 4,044.90 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 642.49 |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* See attached itemization | 803.50 |
| TOTAL | $ 5,490.89 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [x] Electronic service
- [ ] First class mail, postage prepaid
- [ ] Other:

s/ Attorney: s/ Edwin Sullivan

Name of Attorney: Edwin Sullivan

For: OakBend Medical Group (*Name of Claiming Party*) Date: 08/28/20025

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ *Clerk of Court* By: ______________ *Deputy Clerk* ______________ *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print Save As... Reset

| Activity | Description of Charge | Date | Total Amount | Copies | Transcripts | Record Requests |
|---|---|---|---|---|---|---|
| Expense | Invoice: Powerhouse Copy #19692 (deposition binder of exhibits) | 4/17/2025 | $ 642.49 | $ 642.49 | | |
| Expense | Invoice: Veritext #8287604 (transcript of Wilson deposition) | 4/17/2025 | $2,127.45 | | $ 2,127.45 | |
| Expense | Invoice: Magna Legal Services #1596927 (Transcript of R. Mayfield deposition) | 6/20/2025 | $1,917.45 | | $ 1,917.45 | |
| Expense | Invoice: Lexitas #1589615 (Records from Joshua Laslie) | 8/1/2025 | $ 124.00 | | | $ 124.00 |
| Expense | Invoice: Lexitas #1593219 (Records from Hunter Sparks) | 8/5/2025 | $ 131.50 | | | $ 131.50 |
| Expense | Invoice: Lexitas #1593475 (Records from Michaela Richard) | 8/5/2025 | $ 123.50 | | | $ 123.50 |
| Expense | Invoice: Lexitas #1586969 (Records from May Joseph) | 8/1/2025 | $ 124.50 | | | $ 124.50 |
| Expense | Invoice: Lexitas #1599806 (Record request for Samantha Maramon | 8/22/2025 | $ 100.00 | | | $ 100.00 |
| Expense | Invoice: Lexitas #1599807(Record request to Wharton College) | 8/22/2025 | $ 100.00 | | | $ 100.00 |
| Expense | Invoice: Lexitas #1599808 (Record request to Wharton College) | 8/22/2025 | $ 100.00 | | | $ 100.00 |
| **Total** | **Total** | | **$5,490.89** | **$ 642.49** | **$ 4,044.90** | **$ 803.50** |

**Powerhouse Copy LLC**
2900 Smith St., STE 130
Houston, TX 77006
+17137028486
billing@powerhousecopy.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Oberti Sullivan LLP<br>Lisa Greer<br>712 Main St., Suite 900<br>Houston, Texas 77002 USA | Oberti Sullivan LLP<br>712 Main St., Suite 900<br>Houston, Texas 77002 USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 19692 | 04/15/2025 | $642.49 | 05/15/2025 | Net 30 | |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,484 | Copies | 0.15 | 222.60T |
| 128 | Color Copies - Letter | 0.89 | 113.92T |
| 1 | Technical Time | 195.00 | 195.00T |
| 124 | Standard Tabs | 0.50 | 62.00T |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 593.52 |
| TAX | 48.97 |
| TOTAL | 642.49 |
| BALANCE DUE | **$642.49** |

**Veritext, LLC - Texas Region**
Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Edwin Sullivan
Oberti Sullivan LLP
712 Main Street
Suite 900
Houston, TX, 77002

| | |
|---|---|
| **Invoice #:** | **8287604** |
| **Invoice Date:** | **5/1/2025** |
| **Balance Due:** | **$2,127.45** |

**Case: Wilson, Sabastian Ryan v. Oakbend Medical Group (4:23cv4628)** **Proceeding Type: Depositions**

Job #: 7275216 | Job Date: 4/16/2025 | Delivery: Normal

Location: Houston, TX
Billing Atty: Edwin Sullivan
Scheduling Atty: Edwin Sullivan | Oberti Sullivan LLP

| Witness: Sabastian Ryan Wilson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 285.00 | $5.00 | $1,425.00 |
| Attendance - First Hour | 1.00 | $150.00 | $150.00 |
| Attendance - Add'l Hours | 5.00 | $35.00 | $175.00 |
| Exhibits | 419.00 | $0.55 | $230.45 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $48.00 | $48.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,127.45** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,127.45** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8287604**
**Invoice Date: 5/1/2025**
**Balance Due: $2,127.45**

86661

# INVOICE



Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1596927 | 6/20/2025 | 1343939 |
| **Job Date** | **Case No.** | |
| 6/4/2025 | 4:23-CV-4628 | |
| **Case Name** | | |
| Sabastian Ryan Wilson v. Oakbend Medical Group | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ed Sullivan, Esquire
Oberti Sullivan
712 Main Street, Suite 900
Houston, TX 77002

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Rhonda Mayfield | 220.00 | Pages | @ | 6.200 | 1,364.00 |
| Exhibit | 80.00 | Pages | @ | 0.500 | 40.00 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Rough Draft | 175.00 | Pages | @ | 2.500 | 437.50 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| Deposition Summary | 1.00 | Pages | @ | 25.000 | 25.00 |
| | **TOTAL DUE >>>** | | | | **$1,917.45** |

Location of Job : Oberti Sullivan
712 Main Street, Suite 900
Houston, TX 77002

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Ed Sullivan, Esquire
Oberti Sullivan
712 Main Street, Suite 900
Houston, TX 77002

Job No. : 1343939 BU ID : Texas-DS
Case No. : 4:23-CV-4628
Case Name : Sabastian Ryan Wilson v. Oakbend Medical Group
Invoice No. : 1596927 Invoice Date : 6/20/2025
**Total Due : $1,917.45**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

LEXITAS
P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401589615**
Federal Tax ID - 47-2852736
Invoice Date - 07/28/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan
**Claim No. N/A**
**Client File No. N/A**

**Records Pertaining To:** EXHIBIT A
**Lexitas File No. 269229-1-3**

---

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Joshua Laslie

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Page Fee | 8 | $0.50 | $4.00 |
| Witness Fee | 1 | $10.00 | $10.00 |
| Notice Fee | 1 | $10.00 | $10.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$124.00** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
**www.lexitaslegal.com/bill-pay**

LEXITAS

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401593219**
Federal Tax ID - 47-2852736
Invoice Date - 08/05/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan **Claim No. N/A** **Client File No. N/A**

**Records Pertaining To:** EXHIBIT A **Lexitas File No. 269229-1-5**

---

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Hunter Sparks

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Page Fee | 23 | $0.50 | $11.50 |
| Witness Fee | 1 | $10.00 | $10.00 |
| Notice Fee | 1 | $10.00 | $10.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$131.50** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
www.lexitaslegal.com/bill-pay

LEXITAS

**Invoice: 2000401593475**
Federal Tax ID - 47-2852736
Invoice Date - 08/05/2025
Acct - 3596700

**Invoice Due On Receipt**

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan

**Claim No. N/A**

**Client File No. N/A**

**Records Pertaining To:** EXHIBIT A

**Lexitas File No. 269229-1-4**

---

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Michaela Richard

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Page Fee | 7 | $0.50 | $3.50 |
| Witness Fee | 1 | $10.00 | $10.00 |
| Notice Fee | 1 | $10.00 | $10.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$123.50** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
www.lexitaslegal.com/bill-pay

LEXITAS

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401586969**
Federal Tax ID - 47-2852736
Invoice Date - 07/25/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan

**Claim No. N/A**

**Client File No. N/A**

**Records Pertaining To:** EXHIBIT A

**Lexitas File No. 269229-1-6**

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** May Joseph

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Page Fee | 9 | $0.50 | $4.50 |
| Witness Fee | 1 | $10.00 | $10.00 |
| Notice Fee | 1 | $10.00 | $10.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$124.50** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
www.lexitaslegal.com/bill-pay

LEXITAS

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401599806**
Federal Tax ID - 47-2852736
Invoice Date - 08/22/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan **Claim No. N/A** **Client File No. N/A**

**Records Pertaining To:** EXHIBIT A **Lexitas File No. 269229-1-7**

---

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Samantha Maraman

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$100.00** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
**www.lexitaslegal.com/bill-pay**

LEXITAS

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401599807**
Federal Tax ID - 47-2852736
Invoice Date - 08/22/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan **Claim No. N/A** **Client File No. N/A**

**Records Pertaining To:** EXHIBIT A **Lexitas File No. 269229-1-1**

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Wharton County Junior College

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$100.00** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
www.lexitaslegal.com/bill-pay

LEXITAS

P.O. Box 734298
Dept. 3001
Dallas, TX 75373-4298
2122257700
2122257745 (fax)

**Invoice: 2000401599808**
Federal Tax ID - 47-2852736
Invoice Date - 08/22/2025
Acct - 3596700

**Invoice Due On Receipt**

**Billing Contact**
Edwin Sullivan
OBERTI SULLIVAN, LLP
712 MAIN STREET
SUITE 900
Houston, Texas 77002

**Cause No.** 4:23-cv-4628

SABASTIAN RYAN WILSON
vs.
OAKBEND MEDICAL GROUP

**Deliver To:** Edwin Sullivan

**Claim No. N/A**

**Client File No. N/A**

**Records Pertaining To:** EXHIBIT A

**Lexitas File No. 269229-1-2**

---

**Our Services Ordered By:**
Edwin Sullivan
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, Texas, 77002

**Records Facility:** Wharton County Junior College

**Record Type**
Other

| Fee Description | Qty | Rate | Subtotal |
|---|---|---|---|
| Base Fee | 1 | $70.00 | $70.00 |
| Court Filing Fee | 1 | $15.00 | $15.00 |
| Administrative Fee | 1 | $15.00 | $15.00 |
| **Invoice Totals** | | | **$100.00** |

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 3002 and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By Credit Card:** Please visit http://www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**Want to pay online?**
www.lexitaslegal.com/bill-pay